UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:15-cv-61333-UU

MARCOS DOMINGUEZ-CASTANEIRA,

    Plaintiff,

v.

SUNTROPIC ENTERPRISE, LLC, *et al.*,

    Defendants.
_____/

**ORDER ON MOTION FOR APPROVAL OF SETTLEMENT**

THIS CAUSE is before the Court upon the parties' Motion for Approval of the Parties' Settlement Agreement in a FLSA Action, D.E. 30, filed September 16, 2015.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.  This action arises out of Plaintiff's employment with Suntropic Enterprises LLC.  Plaintiff filed his Complaint on June 24, 2015, alleging that Defendants failed to pay him overtime compensation, in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA").  D.E. 1.  The parties have now reached a settlement and seek approval of their Settlement Agreement, attached as an exhibit to the Motion.  D.E. 30-2.

The Court has reviewed the Settlement Agreement and finds it to be a fair and reasonable resolution of the parties' dispute.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).  The Court, however, passes no judgment on the enforceability of the agreement's confidentiality provision.  *See* D.E. 30-2 ¶ 4.  Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 30, is GRANTED; the Settlement Agreement, D.E. 30-2, is APPROVED and the case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce the terms of the Settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of September, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record